ORDERED.

Dated: June 17, 2021

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

APEX ROAD COMMERCIAL, LLC,

    Debtor.
_____/

Case No.: 8:19-bk-03648-RCT

Chapter 7

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR EXTENSION OF DEADLINES UNDER 11 U.S.C. CHAPTER 5
[ECF No. 56 and 61]

THIS CASE came before the Court for hearing on June 15, 2021 at 10:00 A.M. upon the Chapter 7 Trustee's Motion for Extension of Deadlines Under 11 U.S.C. Chapter 5 [ECF No. 56] (the "Motion") filed by STEPHEN L. MEININGER, as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of APEX ROAD COMMERCIAL, LLC (the "Debtor"), and the Objection to Chapter 7 Trustee's Motion for Extension of Deadlines Under 11 U.S.C. Chapter 5 [ECF No. 61] (the "Objection") filed by Non-Parties, Don Phillips and the Lost Heaven Trust (together, the "Phillips Parties").

Through the Motion, the Trustee seeks an extension of the deadlines provided for under 11 U.S.C. Section 546(a) for a period of six (6) months. The Court, having reviewed the Motion, the record in this case, having heard argument of counsel, and being otherwise duly advised in

the premises, it is

      **ORDERED** as follows:

      1.      The Motion is GRANTED as set forth herein.

      2.      The deadlines provided for under 11 U.S.C. Section 546(a) are hereby extended through and including July 28, 2021.

* * *

*Eric D. Jacobs, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within 3 days of entry of the order.*