# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-03648 RCT  
**Case Name:** APEX ROAD COMMERCIAL, LLC  
**Period Ending:** 09/30/21

**Trustee:** (290380)   Stephen L. Meininger  
**Filed (f) or Converted (c):** 04/22/19 (f)  
**§341(a) Meeting Date:** 08/01/19  
**Claims Bar Date:** 10/30/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   ADV. PRO. 21-237 v. DONALD E PHILLIPS, THE LOST (u)  (See Footnote) | Unknown | 5,000.00 | | 0.00 | 5,000.00 |
| 1   **Assets  Totals**  (Excluding unknown values) | **$0.00** | **$5,000.00** | | **$0.00** | **$5,000.00** |

RE PROP# 1   Answer And Affirmative Defenses filed on 8/30/21; Notice Scheduling Pretrial/Status Conference dated 8/31/21 - 9/14/21; continued to 11/16/21;

**Major Activities Affecting Case Closing:**

00Application To Employ GJB as Counsel For Trustee filed on 7/8/19; Order Approving Trustee's Application To Employ GJB as Counsel For Trustee entered on 7/9/19; Report Of Election Of A Committee filed on 8/6/19; Trustee's Notice of Rule 2004 Examination Duces Tecum (Doument Productio Only) filed on 6/19/20; Dt's Motion For Extension Of Time To Respond To Trustee's Notice of Rule 2004 Examination Duces Tecum filed on 7/17/20; Order Granting Dt's Motion For Extension Of Time To Respond To Chapter 7 Trustee's Trustee's Notice Of Rule 2004 Examination Duces Tecum entered on 7/24/20;  Attorney is investgating potential preferences and fraudulent conveyances that petitioning creditors beleive may have occured; Motion To Comepl Production of Documents Form Dt filed on 10/27/20; Notice Of Hearing on Motion To Compel filed on 11/25/20 scheduling hearing on 2/9/21; Notice of Reschedued Hearing ((rescheduled as to time only) dated 1/21/21 Motion To Compel Production Of docs); Response To Trustee's Motion To Compel Production Of Documents From Dt filed on 2/5/21; Renewed Motion To Compel Production Of Documents From Dt filed on 2/10/21; Order DenyinTustee's Motion To Compel roduction O Documents From Dt Without Prejudice For Failure To Proseute entered on 2/11/21; Notice Of Hearing filed on 2/12/21 scheduling a hearin on the Renewed Motion To Compel Production of Documents From Dt on 4/13/21; Supplement To Dt's Response To Trustee's Motion To Compel Production of Docuemtns From Apex Road Commercial, LLC filed on 4/12/21; Exhibit A To Supplement To Dt's Response To Trustee's Motion To Compel Production From Dt filed on 4/13/21; Notice Of Ordering Audio From Hearing filed on 4/22/21; Order Granting Renewed Motion To Compel Production Of Documents From Dt entered on 4/21/21; Trustee's Motion For Extension Of Deadlines Under 11. U.S> Chapter 5 filed on 5/10/21; Notice of Hearing filed on 5/10/21 - Motion For Extension of Time - 6/15/21; Motion For In-Camera Review Of Privileged Documents And Protective Order filed on 5/26/21; Expedited Motion To Compel Turnover Of Unredacted Documents Withheld Due To Attorne-Client Privige Claims filed on 5/26/21; Order Granting, In part, Motion For In-Camera Review Of Priveged Documents And prtoective Order, And Reserving Ruling On Expedited Motion To Compel Turnover Of Unredacted Documents Withheld Due To Attorney-Client Privilege Claim entered on 5/27/21; Objection To Trustee's Motioin For Extension Of Deadlines Under 11 USC Chapter 5 filed on 6/3/21; Motice Of Complance With order Granting, In Part, Motion For In-camera Review Of Priviledged Documents And Protective Order And Interested Parties' Response To Trustee's Expedited Motion To Compel Turnover Of Unredacted Documents filed on 6/3/21; Order Denying In Part And Granting In Part Exedited Motion

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 19-03648 RCT | **Trustee:** (290380)  Stephen L. Meininger |
| **Case Name:** APEX ROAD COMMERCIAL, LLC | **Filed (f) or Converted (c):** 04/22/19 (f) |
| | **§341(a) Meeting Date:** 08/01/19 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 10/30/19 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

To Compel Turnover Of Unredacted Documents Woithheld Due To Atty-Cleint Priviledge Claim, And Order Granting In Part And Denying In part Motion For In-Camera Review Of Privileged Docs And protective Order entered on 6/8/21; Order Granting Trustee's Motion For Extension Of Deadlines Under 11 USC Chapter 5 entered on 6/17/21; Adv. Pro. 21-237 filed against Dinald E. Phillips, The Lost haven Trust filed on 7/27/21;

**Initial Projected Date Of Final Report (TFR):** October 31, 2020  **Current Projected Date Of Final Report (TFR):** September 30, 2022